AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Anthony Herbert Severt | ) | Case No. 2:20-mj-105 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 15, 2019__ in the county of __Pike County__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Donald Ford, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Feb. 12, 2020

City and state: Columbus, Ohio

_____
*Judge's signature*

Kimberly A. Jolson, U.S. Magistrate Judge
*Printed name and title*

I, Troy Breeze, a Special Agent with the Federal Bureau of Investigation, hereinafter the affiant, being duly sworn, states:

1. Affiant is currently assigned as a Special Agent with the Federal Bureau of Investigation in the Portsmouth Resident Agency, Portsmouth, Ohio, and has been so assigned since 2018. Affiant has been employed with the Federal Bureau of Investigation since 2004. Affiant has conducted or participated in a significant number of bank robbery investigations which have resulted in arrests and convictions for violations of federal law.

2. On November 15, 2019, a male subject, later identified as Anthony Herbert Severt, entered the Ohio Valley Bank, 507 W. Emmitt Avenue, Waverly, Ohio, the funds of which are insured by the Federal Deposit Insurance Company. Severt presented a demand note to the victim teller. During the interaction, Severt raised his sweatshirt to expose a handgun tucked in his waistband. The victim teller complied with the demand and provided Severt with approximately $5,267 in bank robbery proceeds. Severt placed some monies in a plastic grocery bag and tucked the rest under his sweatshirt. As he fled the scene, bank employees contacted 911.

3. A Waverly Police Department officer responding to the emergency call observed a male subject, Severt, on the ground in the parking lot of a pharmacy adjacent to the bank. Severt had loose monies about his person. Severt was confronted and arrested without incident.

4. A handgun was recovered from Severt. Severt was transported to the Waverly Police Department and interviewed.

5. Severt provided a signed, written confession to Waverly Police Department officers indicating that he had robbed the bank.

6. Severt also was interviewed by your affiant on November 25, 2019. Severt agreed to be interviewed without an attorney present and signed an acknowledgment of his rights. Severt confessed his responsibility for the robbery of the Ohio Valley Bank, 507 W. Emmitt Avenue, Waverly, Ohio on November 15, 2019.

7. All of the aforementioned activity occurred within the Southern District of Ohio.

Donald Forrest Bogardus III
Special Agent FBI

Sworn before me on Feb 12, 2020

Kimberly A. Jolson, U.S. Magistrate Judge